UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,                NO. 07-20452

    Plaintiff,

vs                                                                    HON. SEAN F. COX
                                                    United States District Judge
DNICHOLAS MILTON HODGE,

    Defendant.
_____/

## ORDERING ADJOURNING SENTENCING

By request and agreement of the parties and the court being otherwise fully advised,

IT IS HEREBY ORDERED that the sentencing in this matter be adjourned and rescheduled for

**September 26, 2008 at 2:00 p.m.,** in Courtroom 108, 600 Church Street, Flint, MI.


                                      S/Sean F. Cox
                                      Sean F. Cox
                                      United States District Judge

Dated: June 26, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 26, 2008, by electronic and/or ordinary mail.

                                      S/Jennifer Hernandez
                                      Case Manager